UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARVIND PURI,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a foreign corporation,

    Defendant.

C25-0550 TSZ

MINUTE ORDER

    Having reviewed the parties' Joint Status Report, docket no. 7, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following dates and deadlines:

| | |
|---|---|
| BENCH TRIAL DATE[1] (1 day) | April 27, 2026 |
| Deadline for joining additional parties | September 5, 2025 |
| Deadline for filing any motion to conduct limited discovery (such motion shall be noted for and briefed pursuant to Local Civil Rule 7(d)(3)) | September 30, 2025 |
| Deadline for filing administrative record | December 30, 2025 |

---

[1] This date will serve as the oral argument date for the parties' anticipated Federal Rule of Civil Procedure 52 motions.

MINUTE ORDER - 1

| | | |
|---|---|---|
| Deadline for filing FRCP 52 motions | | January 30, 2026 |
| Deadline for filing response briefs to FRCP 52 motions[2] | | February 27, 2026 |

The dates and deadlines set forth herein are firm and can be changed only by order of the Court. The Court will alter this case schedule only upon good cause shown. Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

The administrative record shall be filed under seal via the Case Management and Electronic Case Files ("CM/ECF") system. A working copy of the administrative record must be provided to the Court at the time the record is filed with the Court. The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

If this case settles, counsel shall immediately notify Chambers at (206) 370-8830; failure to do so constitutes grounds for sanctions. See Local Civil Rule 11(b).

A copy of this Minute Order shall be sent to all counsel of record.

Dated this 24th day of June, 2025.

Ravi Subramanian
Clerk

/s/ Laurie Cuaresma
Deputy Clerk

---

[2] No reply briefs are to be filed by either party unless requested by the Court.

MINUTE ORDER - 2